# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: cteutonic | Date Created: 7/29/2019 |
| Case: 1–17–42418–nhl | Form ID: pdf000 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty      Gregory M. Messer      gremesser@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Marlene Marshalleck      231 Bainbridge Street      Brooklyn, NY 11235
ust     United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Department of Justice      201 Varick Street      Suite1006      Brooklyn, NY 10014
aty     Edward Harold King      Edward Harold King PLLC      338 Atlantic Avenue      Suite 204      Brooklyn, NY 11201
        US Trustee Region 2      c/o Marylou Martin, Esq      201 Varick Street Suite 1006      New York NY 10014

TOTAL: 4