**LOSSMitig, TRANSFER, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1–17–42418–nhl

|  |  |
|---|---|
| *Assigned to:* Nancy Hershey Lord | *Date filed:* 04/19/2017 |
| Chapter 11 | *Date transferred:* 05/12/2017 |
| Voluntary | *Plan confirmed:* 11/19/2018 |
| Asset | *341 meeting:* 07/10/2017 |
|  | *Deadline for filing claims:* 10/25/2017 |
|  | *Deadline for filing claims (govt.):* 10/25/2017 |

*Debtor*
**Marlene Marshalleck**
231 Bainbridge Street
Brooklyn, NY 11235
KINGS–NY
SSN / ITIN: xxx–xx–3202
*aka* **Marlene A. Marshalleck**
*aka* **Marlene E. Marshalleck**

represented by **Karamvir Dahiya**
Dahiya Law Offices, LLC
75 Maiden Lane
Suite 506
New York, NY 10038
(212)766–8000
Fax : (212)766–8001
Email: karam@bankruptcypundit.com

**Arlene Gordon–Oliver**
Arlene Gordon–Oliver & Associates, PLLC
199 Main Street
Suite 203
White Plains, NY 10601
914–683–9750
Fax : 914–683–9754
Email: ago@gordonoliverlaw.com

**Gregory M. Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858–1474
Fax : (718) 797–5360
Email: gremesser@aol.com

*U.S. Trustee*
**United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Department of Justice
201 Varick Street
Suite1006
Brooklyn, NY 10014
(212) 510–0500

| Filing Date | # |  | Docket Text |
|---|---|---|---|
| 07/29/2019 |  | 233 | Order Denying Final Allowance of Compensation. The Application for compensation by Edward Harold King, Esq. in the sum of $68,313.33 is denied in its entirety (Related Doc # 218) Signed on 7/29/2019. (cjm) (Entered: 07/29/2019) |

1

| | | | |
|---|---|---|---|
| 07/29/2019 | | <u>234</u> | Notice of Appeal to District Court. . Fee Amount $298 Filed by Edward Harold King on behalf of Edward Harold King, PLLC (RE: related document(s)<u>233</u> Order on Motion for Costs/Atty Fees). Appellant Designation due by 8/12/2019. Transmission of Designation to District Court Due by 8/28/2019. (cjm) (Entered: 07/29/2019) |
| 07/30/2019 | | <u>235</u> | Notice to Parties of requirements, deadlines (related document(s)<u>234</u> Notice of Appeal filed by Attorney Edward Harold King, PLLC) (cjm) (Entered: 07/30/2019) |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                        Case No. 17-42418-nhl

MARLENE MARSHALLECK,
*aka* **Marlene A. Marshalleck**                               Chapter 11
*aka* **Marlene E. Marshalleck**

                            Debtor.

---

### ORDER DENYING FINAL ALLOWANCE OF COMPENSATION

Upon the application, filed on June 18, 2019, for final compensation and reimbursement

of expenses for Edward Harold King, Esq.  (the "Application") [ECF No. 218]; and upon the

objections submitted by the United States Trustee [ECF No. 220] and the Law Office of Gregory

Messer on behalf of Marlene Marshellack, the  Debtor and Reorganized Debtor  [ECF No. 222];

and a reply to the objections having been filed by Edward Harold King, Esq. [ECF No. 226]; and

a hearing on the Application having been held on July 18, 2019 (the "Hearing"), at which

appeared Gary O. Ravert (Counsel to 231 Bainbridge LLC), Karamvir Dahiya (Counsel to the

Debtor), Gregory M. Messer (Counsel to the Debtor), and Edward Harold King; and upon the

record of the Hearing, which is incorporated herein by reference; and the Court having reviewed

the docket, which reflects that an order was never entered authorizing the retention of Edward

Harold King, Esq. for post-petition legal services; and the Court having reviewed the Claims

Register, which reflects that Edward Harold King, Esq. failed to file a proof of claim regarding

amounts owed for pre-petition legal services; and after due deliberation and sufficient cause

appearing therefor; it is hereby

3

**ORDERED**, that the Application for compensation by Edward Harold King, Esq. in the

sum of $68,313.33 is denied in its entirety.



**Dated: July 29, 2019**
        **Brooklyn, New York**

        **Nancy Hershey Lord**
        **United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X    CASE NO.: **17-42418-nhl**
IN RE:

          Marlene Marshalleck
                   Debtor.    CHAPTER **11**


---------------------------------------------------------X

## NOTICE OF APPEAL

    Notice is hereby given that Edward Harold King, PLLC (the "Appellant") appeals under 28 U.S.C. § 158(d) and FRBP 8002 (a) from the judgment, order, oral and or written, of the bankruptcy court, dated July 19, 2019 denying compensation for attorney's fees.

    The Appellant appeals the underlying Opinion and Order thereto and from every portion thereof, both on procedural and substantive level. The name of all parties to the judgment, Order or decree appealed from and the names, addresses, emails and telephone numbers of their respective attorney are attached hereto.

**Appellant**: Edward Harold King, PLLC
**Represented by**: Edward Harold King
338 Atlantic Avenue, Suite 204
Brooklyn, NY 11201
Tel: 718-797-4284
Email: kingesq1@gmail.com

**Appellee:** Marlene Marshalleck
**Represented by:** Gregory M. Messer, Esq.
LAW OFFICE OF GREGORY MESSER
26 Court Street – Suite 2400
Brooklyn, New York 11242
Telephone: (718) 858-1474
Email: gremesser@aol.com

**Appellee:** U.S. Trustee, Region 2
Represented by: Marylou Martin, Esq.
201 Varick Street, Suite 1006
New York NY 10014
Tel. No. 212 510-0500
Email: Marylou.Martin@usdoj.gov

Dated: July 29, 2019
New York NY

                                /s/*Edward Harold King*
                               Edward Harold King, PLLC

JS 44C/EDNY (Rev. 3/9/2018)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Edward Harold King

Edward Harold King, PLLC

338 Atlantic Avenue, Suite 204

Brooklyn, NY 11201

**DEFENDANTS**

Marlene Marshalleck, c/o LAW OFFICE OF GREGORY MESSER. 26 Court Street – Suite 2400 Brooklyn, New York 11242; U.S. Trustee region 2, c/o 201 Varick St, suite 1006 NY NY 10014

(b) Attorneys *(Firm Name, Address, and Telephone Number)*
Edward Harold King

Attorneys *(If Known)*
Gregory M. Messer, Esq.
Marylou Martin, U.S. Trustee.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITING A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTION STATUTES UNLESS DIVERSITY)

Denial of fees application in violation of substantive due process, unjust enrichment, equitable bankruptcy laws

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [x] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [x] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____NSW_____    DOCKET NUMBER _____

DATE  7/29/2019

SIGNATURE OF ATTORNEY OF RECORD  _____

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Appellant: Edward Harold King, PLLC

Represented by: Edward Harold King

338 Atlantic Avenue, Suite 204

Brooklyn, NY 11201

Tel: 718-797-4284

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Appellees: Marlene Marshalleck. Represented by: Gregory M. Messer, Esq., LAW OFFICE OF GREGORY MESSER, 26 Court Street – Suite 2400, Brooklyn, New York 11242

U.S Trustee region 2, Marylou Martin, 201 Varick Street, Suite 1006, NY NY 10014, Tel: 212 510-0500

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.)    Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?
    ☐ Yes    ☑ No

2.)    If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?    ☐ Yes    ☑ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?
☑ Yes    ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:
_____

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?    ☐ Yes    ☐ No
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

    ☑ Yes    ☐ No

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

    ☐ Yes *(If yes, please explain)*    ☑ No

I certify the accuracy of all information provided above.
Signature: /s/edward harold king _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:                                                                Case No. 17-42418-nhl

MARLENE MARSHALLECK,
*aka* **Marlene A. Marshalleck**                           Chapter 11
*aka* **Marlene E. Marshalleck**

                                  Debtor.

_____

## ORDER DENYING FINAL ALLOWANCE OF COMPENSATION

Upon the application, filed on June 18, 2019, for final compensation and reimbursement

of expenses for Edward Harold King, Esq. (the "Application") [ECF No. 218]; and upon the

objections submitted by the United States Trustee [ECF No. 220] and the Law Office of Gregory

Messer on behalf of Marlene Marshellack, the Debtor and Reorganized Debtor [ECF No. 222];

and a reply to the objections having been filed by Edward Harold King, Esq. [ECF No. 226]; and

a hearing on the Application having been held on July 18, 2019 (the "Hearing"), at which

appeared Gary O. Ravert (Counsel to 231 Bainbridge LLC), Karamvir Dahiya (Counsel to the

Debtor), Gregory M. Messer (Counsel to the Debtor), and Edward Harold King; and upon the

record of the Hearing, which is incorporated herein by reference; and the Court having reviewed

the docket, which reflects that an order was never entered authorizing the retention of Edward

Harold King, Esq. for post-petition legal services; and the Court having reviewed the Claims

Register, which reflects that Edward Harold King, Esq. failed to file a proof of claim regarding

amounts owed for pre-petition legal services; and after due deliberation and sufficient cause

appearing therefor; it is hereby

8

Case 1-17-42418-nhl    Doc 236    Filed 07/29/19    Entered 07/29/19 00:54:59

Case 1:19-cv-04363-AMD    Document 1-2    Filed 07/30/19    Page 9 of 14 PageID #: 17
Case 1-17-42418-nhl    Doc 233    Filed 07/29/19    Entered 07/29/19 14:36:50

**ORDERED**, that the Application for compensation by Edward Harold King, Esq. in the sum of $68,313.33 is denied in its entirety.



Dated: July 29, 2019
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge

EDWARD HAROLD KING, PLLC.
Attorneys for Debtor and Debtor In Possession in a State Court Action
338 Atlantic Street, Suite 204
Brooklyn, NY 11201
Telephone:  718-797-4284
Facsimile:  718-797-4282
Edward Harold King, Esq. (EK-6204)


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                          Case No.:  18-01065
                                                                                   Chapter 11
        MARLENE MARSHALLECK,

                                    Debtor.                          **AFFIDAVIT OF**
                                                                        **SERVICE**
-----------------------------------------------------------------X
**State of New York**            )
                                        )ss.:
**County of Kings**               )

**AFFIDAVIT OF SERVICE of NOTICE OF APPEAL.**

        **EDWARD HAROLD KING,** being duly sworn deposes and says:

1.        That your deponent is an attorney, licensed to practice law before the Courts of the State of New York, and admitted to practice law before the United States District Court for the Eastern District of New York, that your deponent is the attorney of record for the Marlene Marshalleck in a certain State Court Action commenced in the Supreme Court of the State of New York, Kings County bearing index number 15118/2015, entitled Marlene Marshalleck against 231 Bainbridge-LLC; Elliot Frankel; Green & Cohen, P.C., and Jason M. Green, and your deponent is personally familiar with the facts and circumstances recited herein.

2.        That on July 29, 2019, I served the following parties with the within document:

**NOTICE OF APPEAL:**

                **Law Office of Gregory Messer, PLLC.**
                **Attorney for Marlene Marsghalleck**
                **26 Court Street-Suite 2400**

**Brooklyn, New York 11242**

**U.S. Trustee Office**
**Ms. Marylou Martin**
**201 Varick Street**
**Suite 1006**
**New York NY 10014**

By First Class Mail, via the United States Postal Service in a pre-paid wrapper addressed to the party or attorney.

**WHEREFORE**, your deponent respectfully requests that the Court accept this Affidavit as proof of service of:

**NOTICE OF APPEAL,** along with such further and different relief that this Court deems just and proper.

Dated: July 29, 2019
Brooklyn, New York

EDWARD HAROLD KING

Sworn to before me this
29th day of July 2019

NOTARY PUBLIC

CLOVER M. BARRETT
NOTARY PUBLIC, State of New York
No. 02BA5014145
Qualified in Queens County
Commission Expires July 15

11

# Notice Recipients

District/Off: 0207–1                User: cteutonic               Date Created: 7/29/2019

Case: 1–17–42418–nhl           Form ID: pdf000           Total: 5

**Recipients of Notice of Electronic Filing:**

aty        Gregory M. Messer       gremesser@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Marlene Marshalleck     231 Bainbridge Street     Brooklyn, NY 11235

ust       United States Trustee     Eastern District of NY (Brooklyn Office)    U.S. Department of Justice    201 Varick Street     Suite1006     Brooklyn, NY 10014

aty        Edward Harold King     Edward Harold King PLLC     338 Atlantic Avenue     Suite 204     Brooklyn, NY 11201

         US Trustee Region 2     c/o Marylou Martin, Esq     201 Varick Street Suite 1006     New York NY 10014

TOTAL: 4

12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marlene Marshalleck** | Social Security number or ITIN **xxx–xx–3202** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of New York** | | Date case filed for chapter **11  4/19/17** |
| Case number: **1–17–42418–nhl** | | |

## NOTICE TO PARTIES CONCERNING APPEAL (ECF CASE)

A Notice of Appeal was filed on July 29, 2019, in the above case by Edward Harold King, PLLC, regarding Order Denying Final Allowance of Compensation dated July 29, 2019, document number 233.

Effective December 1, 2014, Part VIII of the Federal Rules of Bankruptcy Procedure governing bankruptcy appeals was substantially revised in order to align those rules with the Federal Rules of Appellate Procedure and updated to include electronic transmission, filing, and service.

This notice must be read together with the Federal Rules of Civil Procedure (FRCP), the Federal Rules of Bankruptcy Procedure (FRBP), the Local Rules of the Eastern District of New York, and this Court's Local Rules and Procedures.

1. **Service of Notice:** The appellant must provide the Clerk with the email address of each party to be served; to the extent that there are parties to the appeal who are not equipped to receive email noticification, the appellant must provide the Clerk with the address for all parties to be served.

2. **Appellant's Designation:** Appellant's designation of record on appeal and statement of issues to be presented on appeal are due within fourteen (14) days from the date of the filing of the Notice of Appeal. The designation must include a list of items to be included in the record on appeal. A copy of the designation and statement shall be served by the appellant on the appellee. A certificate of service must be filed with the bankruptcy court as proof that proper service was made.

3. **Appellee's Designation:** Within fourteen (14) days after service of the appellant's designation and statement, the appellee may file with the bankruptcy court and serve on the appellant a designation of additional items to be included in the record on appeal.

4. **Transcripts:** If the record designated by any party includes a transcript of any proceeding or a part thereof, the party shall, immediately after filing the designation, call one of the court approved transcription service agencies to request a copy of a transcript. The written request for the transcript shall be filed with the bankruptcy court. The party requesting the transcript is responsible for the cost of transcription. Designated transcripts must be provided to this office in PDF format.

5. **ECF Registration (*Attorneys Only*):** Documents must be filed electronically relative to this matter, both in the Bankruptcy Court and, once the record has been transmitted, in the District Court. For information on ECF registration in the Bankruptcy Court, please visit: www.nyeb.uscourts.gov/electronic–filing–procedures; in the District Court, visit: https://www.nyed.uscourts.gov/cmecf.

6. **Transmittal of Record on Appeal:** Generally the record on appeal will be transmitted thirty (30) days from the date of the filing with the Court of the Notice of Appeal.

Dated: July 30, 2019

FOR THE COURT

By: C. Teutonico

_____

Deputy Clerk

**BLntcparties.jsp** [Notice to Parties 04/17/17]

13

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: cteutonic | Date Created: 7/30/2019 |
| Case: 1–17–42418–nhl | Form ID: 772 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty        Gregory M. Messer        gremesser@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Marlene Marshalleck        231 Bainbridge Street        Brooklyn, NY 11235
aty        Edward Harold King        Edward Harold King PLLC        338 Atlantic Avenue        Suite 204        Brooklyn, NY 11201
            US Trustee Region 2        Marylou Martin, Esq        201 Varick Street, Suite 1006        New York NY 10014

TOTAL: 3

14